# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> -against- <br><br> DONEGAL, <br> Defendant. | Case No. 2:20-cv-3230-KSM <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
April 22, 2021

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*