## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, *on behalf of Himself and All Other Similarly Situated*, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 20-3230 |
| | : | |
| DONEGAL MUTUAL INSURANCE COMPANY, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 11th day of June, 2021, it is hereby ORDERED that the settlement conference scheduled on September 20, 2021 is cancelled.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE